UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:03CR00220(EBB) |
| PAMELA KAICHEN | : November 24, 2004 |

### DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR AMENDED RESTITUTION ORDER

The Defendant, Pamela Kaichen, respectfully submits this response, in which she poses no objection to the government's motion for amended restitution order.

On February 2, 2004, the Court sentenced Ms. Kaichen. As part of its sentence, the Court ordered Ms. Kaichen to pay restitution of $42,161.98. On March 25, 2004, the government timely moved for an amended restitution order based, in part, on an inaccurate counting of the money seized from Ms. Kaichen's apartment subsequent to her arrest. Ms. Kaichen sought an extension of time in which to reply to the motion so that her counsel could investigate the situation.

After several administrative snags, non-attributable to either party, counsel for Ms. Kaichen recently had the opportunity to review the evidence in question, and investigate both the accuracy of the claimed loss amount as well as the actual amount seized. Based on this investigation, it appears that the amount listed in the Court's judgment, $42,161.98, is the accurate and correct amount of loss in this case. Thus, there is no need to amend the amount of the restitution order.

Additionally, it appears that the authorities only seized $39,459.81 from Ms. Kaichen's apartment. Thus, to the extent the government seeks an amended order "requiring the defendant to pay the difference between the loss amounts and the monies actually recovered .. upon a schedule and at a rate that the defendant can afford," Ms. Kaichen has no objection to this request.

Respectfully submitted,

THE DEFENDANT,
PAMELA KAICHEN

THOMAS G. DENNIS
FEDERAL DEFENDER

- 2 -

Dated: November 24, 2004

                                    Thomas P. Belsky
                                    Asst. Federal Defender
                                    2 Whitney Ave., Suite 300
                                    New Haven, CT 06510
                                    Bar No. ct24770
                                    (203) 498-4200

## CERTIFICATION

     I HEREBY CERTIFY that a copy of the foregoing has been mailed to Stephen B. Reynolds, Assistant United States Attorney, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604, on this 24th day of November 2004.

                                                      Thomas Belsky