PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* | DOCKET NUMBER *(Rec. Court)* |
|---|---|
| 3:03CR204 & 3:03CR220 (EBB) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Pamela Kaichen<br><br>75 Broad Street<br>Rockland, Maine | CONNECTICUT | |
| | NAME OF SENTENCING JUDGE<br>Ellen Bree Burns, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/13/06 — TO 9/12/09 |

OFFENSE

Bank Robbery, 18:2113

2007 APR 10 A 11:55

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Maine, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/28/07
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/14/07
Effective Date

United States District Judge

# UNITED STATES PROBATION & PRETRIAL SERVICES

537 CONGRESS STREET, SUITE 305
PORTLAND, MAINE 04101-4127
207-780-3358
FAX 207-780-3784

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

202 HARLOW STREET, ROOM 209
BANGOR, MAINE 04401-4919
207-945-0369
FAX 207-945-0305

KAREN-LEE MOODY
CHIEF

J. MARTIN WAHRER
DEPUTY CHIEF



REPLY TO THE BANGOR OFFICE

March 29, 2007

Steven L. Lambert, Sr. USPO
U.S. Courthouse, Room 735
450 Main Street
Hartford, CT 06103

**RE: KAICHEN, Pamela**
**Docket #: 3:03CR000204 (EBB)**
**TRANSFER OF JURISDICTION**

Dear Mr. Lambert:

Enclosed are three Transfer of Jurisdiction forms which were executed by the Honorable John A. Woodcock, Jr. on March 19, 2007.

Should you have any questions, please feel free to call me at (207) 945-0369, Ext. 242.

Sincerely,

Wade B. Maddox/rrd
Wade B. Maddox,
Senior U.S. Probation Officer

WBM/rrd

Enc.

RECEIVED
2007 APR -2 AM 11: 22
U.S. PROBATION OFFICE
HARTFORD